

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

November 17, 2025

**By ECF**
Hon. Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-312

Defendants' Letter Motion (ECF No. 23) is GRANTED. Defendants shall respond to the Complaint no later than January 5, 2026. The parties shall file a joint status letter apprising the Court on the status of the case on December 29, 2025. The Initial Pretrial Conference currently scheduled for November 20, 2025, is adjourned *sine die*.

SO ORDERED.
Dated: November 17, 2025     /s/ Stewart D. Aaron

Re:   *Islam v. Pierce, et al.*, 25 Civ. 7556 (SDA)

Dear Judge Aaron,

    This Office represents Defendants (the "Government") in connection with the above-referenced mandamus action brought by plaintiffs Mohammed Rafikul Islam and MD Aminul Islam seeking to compel the U.S. Department of State to issue a decision on plaintiffs' immigrant visa application. I write on behalf of the parties to respectfully request a forty-five-day extension of the November 21, 2025, deadline for the Government to respond to the Complaint to January 5, 2026, and an adjournment of the November 20, 2025, initial pre-trial conference to a date after the Government's response would be due if the Court grants the extension. The extension and adjournment are requested to allow the parties to continue efforts to resolve this matter without further litigation. The Government respectfully suggests that the parties submit a letter to the Court advising of their status a week before the requested answer deadline—December 29, 2025. This is the first request for an extension and adjournment in this case. All parties' consent to the requests.

    We thank the Court for its consideration of these requests.

Respectfully,

JAY CLAYTON
United States Attorney

      */s/ Harry Fidler*
BY:   HARRY K. FIDLER
Assistant United States Attorney
Southern District of New York
86 Chambers Street, 3rd Floor
New York, New York 10007
(212) 637-2321
harry.fidler@usdoj.gov

cc:   Counsel of Record (via ECF)